IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WESCO INSURANCE COMPANY | : |
| | : CIVIL ACTION |
| | : NO.2:16-cv-05489-AB |
| Plaintiff, | : |
| vs. | : **JURY TRIAL DEMANDED** |
| | : |
| PENN NATIONAL SECURITY INSURANCE COMPANY, d/b/a PENN NATIONAL INSURANCE | : |
| and | : |
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY, d/b/a PENN NATIONAL INSURANCE | : |
| Defendants. | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK:

No Answer or Motion for Summary Judgment has been filed in the above-captioned case. Kindly dismiss this matter <u>without prejudice</u> pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

Dated: December 6, 2016

<u>/s/ Frank J. Perch, III</u>
Gale White
Frank J. Perch, III
PA ID Nos. 46485/39908
WHITE AND WILLIAMS LLP
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103-7395
Phone: 215.864.6234/6273

*Attorneys for Plaintiff*

18144211v.1

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing *Notice of Voluntary Dismissal Without Prejudice* to be served on all counsel of record via the Court's Electronic Filing System and by email as set forth below:

Bernard T. Kwitowski, Esquire
Thomas, Thomas & Hafer LLP
1550 Pond Road, Suite 210
Allentown, PA 18104
bkwitowski@tthlaw.com
Attorney for Defendants

December 6, 2016

/s/ Frank J. Perch, III
Frank J. Perch, III

18144211v.1